| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **John A. Willard** | Social Security number or ITIN | xxx–xx–1144 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christine D. Willard** | Social Security number or ITIN | xxx–xx–3158 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  13 | 4/30/19 |
| Case number: | **19–81054** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                                      12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John A. Willard | Christine D. Willard |
| 2. | **All other names used in the last 8 years** | aka Jack Willard | |
| 3. | **Address** | 106 Ambrose Drive NE<br>Poplar Grove, IL 61065 | 106 Ambrose Drive NE<br>Poplar Grove, IL 61065 |
| 4. | **Debtor's attorney**<br>Name and address | Henry Repay<br>Law Offices of Henry Repay<br>930 W. Locust Street<br>Belvidere, IL 61008–4226 | Contact phone 815 547–3369<br>Email: Henry@RepayLaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105–4127 | Contact phone 815–968–5354 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 5/1/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 10, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**308 West State Street, Room 40, Rockford, IL 61101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/9/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/9/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/28/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/11/19** at **10:00 AM** , Location: **327 South Church Street, Room 3100, Rockford, IL 61101**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4,000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                              United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                    Case No. 19-81054-TML
John A. Willard                                                           Chapter 13
Christine D. Willard
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0752-3           User: vgossett               Page 1 of 2                  Date Rcvd: May 01, 2019
                               Form ID: 309I                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db/jdb        +John A. Willard,    Christine D. Willard,    106 Ambrose Drive NE,    Poplar Grove, IL 61065-8785
tr             Lydia Meyer,    Lydia Meyer - 13 Trustee,    P.o. Box 14127,    Rockford, IL   61105-4127
27800775      +Bruckert, Gruenke & Long,    201 E. Hanover St.,    New Baden, Illinois 62265-1811
27800777       Capron Rescue,    Billing Office,    N2930 State Road 22,    Wautoma, Wisconsin 54982-5267
27800779      +Client Services,    3451 Harry S. Truman Blvd.,    Saint Charles, Missouri 63301-9816
27800780      +Convergent,    Ste. 100,   121 NE Jefferson St.,    Peoria, Illinois 61602-1229
27800785      +Home Depot - Citi,    PO Box 790328,    St. Louis, Missouri 63179-0328
27800792      +Mercyhealth,    1000 Mineral Point Ave.,    Janesville, Wisconsin 53548-2940
27800791      +Mercyhealth,    2400 N. Rockton Ave.,    Rockford, Illinois 61103-3655
27800793       Midland Credit Management,    PO Box 301030,    Los Angeles, California 90030-1030
27800794      +Mr. Cooper,    PO Box 619094,    Dallas, Texas 75261-9094
27800797      +OSF,    Sister Theresa Ann Brazeau,    1175 St. Francis Ln.,    Peoria, Illinois 61611-1298
27800798       OSF,    PO Box 1806,   Peoria, Illinois 61656-1806
27800799       OSF Healthcare,    PO Box 775599,    Chicago, Illinois 60677-5599
27800796      +OrthoIllinois,    Box 78620,    Milwaukee, Wisconsin 53278-8620
27800800      +PayPal Credit,    PO Box 5138,    Timonium, Maryland 21094-5138
27800802       Rockford Health Medical Laboratories,    2400 N. Rockton Ave.,    PO Box 138,
                Rockford, Illinois 61105-0138
27800803      +Rockford Mercantile,    2502 S. Alpine Rd.,    Rockford, Illinois 61108-7813
27800804      +Rockford Radiology,    Medical Billing,    9800 Centre Pkwy., #1100,    Houston, Texas 77036-8263
27800805      +SFC of Illinois,    181 Security Pl.,    Spartanburg, South Carolina 29307-5450
27800806      +SFC of Illinois,    131 N. State St.,    Belvidere, Illinois 61008-3517
27800807      +State Collection Service,    2509 S. Stoughton Rd.,    Madison, Wisconsin 53716-3314
27800808      +SwedishAmerican,    PO Box 1567,    Rockford, Illinois 61110-0067
27800809      +SwedishAmerican Health System,    2550 Charles St.,    Rockford, Illinois 61108-1606
27800812       TiresPlus/Credit First,    BK-16/Credit Operations,    PO Box 81410,    Cleveland, Ohio 44181-0410
27800813       ToysRUs/Synchrony,    Bankruptcy Dept.,    PO Box 965060,    Orlando, Florida 32896-5060
27800814       Ulta/Comenity,    Bankruptcy Dept.,    PO Box 183043,    Columbus, Ohio 43218-3043
27800815      +Union Savings Bank,    223 W. Stephenson St.,    Freeport, Illinois 61032-4345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: Henry@RepayLaw.com May 02 2019 03:00:14     Henry Repay,
                Law Offices of Henry Repay,    930 W. Locust Street,    Belvidere, IL   61008-4226
ust           +E-mail/Text: USTPRegion11.MD.ECF@usdoj.gov May 02 2019 03:01:27      Patrick S Layng,
                Office of the U.S. Trustee, Region 11,    780 Regent St.,    Suite 304,    Madison, WI 53715-2635
27800776       EDI: CAPITALONE.COM May 02 2019 06:13:00      Capital One,    P. O. Box 30285,
                Salt Lake City, Utah 84130-0285
27800778       EDI: CITICORP.COM May 02 2019 06:13:00      Citi Cards,    PO Box 6077,
                Sioux Falls, South Dakota 57117-6077
27800781       EDI: RCSFNBMARIN.COM May 02 2019 06:13:00      Credit One Bank,    PO Box 98873,
                Las Vegas, Nevada 89193-8873
27800783       E-mail/Text: bankruptcynotification@ftr.com May 02 2019 03:04:13      Frontier Communications,
                19 John St.,    Middletown, New York 10940-4918
27800782       E-mail/Text: bankruptcy@flagshipcredit.com May 02 2019 03:02:41      Flagship Credit Acceptance,
                PO Box 3807,    Coppell, Texas 75019-5877
27800784       EDI: WFNNB.COM May 02 2019 06:13:00      GameStop/Comenity,    Bankruptcy Dept.,    PO Box 183043,
                Columbus, Ohio 43218-3043
27800786       EDI: RMSC.COM May 02 2019 06:13:00      JCPenney/Synchrony,    Bankruptcy Dept.,    PO Box 965008,
                Orlando, Florida 32896-5008
27800787      +E-mail/Text: bncnotices@becket-lee.com May 02 2019 03:01:08      Kohl’s,    PO Box 3084,
                Milwaukee, Wisconsin 53201-3084
27800788      +E-mail/Text: bncnotices@becket-lee.com May 02 2019 03:01:08      Kohl’s Credit,    PO Box 3043,
                Milwaukee, Wisconsin 53201-3043
27800789       EDI: WFNNB.COM May 02 2019 06:13:00      Lane Bryant/Comenity,    Bankruptcy Dept.,
                PO Box 182125,    Columbus, Ohio 43218-2125
27800790       EDI: WFNNB.COM May 02 2019 06:13:00      Meijer/Comenity,    Bankruptcy Dept.,    PO Box 182125,
                Columbus, Ohio 43218-2125
27800795       EDI: AGFINANCE.COM May 02 2019 06:13:00      OneMain Financial of Illinois,    PO Box 64,
                Evansville, Indiana 47701-0064
27800801       EDI: RMSC.COM May 02 2019 06:13:00      PayPal/Synchrony,    PO Box 965060,
                Orlando, Florida 32896-5060
27800810       EDI: CBS7AVE May 02 2019 06:13:00      Swiss Colony,    1112 7th Ave.,
                Monroe, Wisconsin 53566-1364
27800811      +EDI: WTRRNBANK.COM May 02 2019 06:13:00      TD Bank,    PO Box 9500,
                Minneapolis, Minnesota 55440-9500
27800816       EDI: USBANKARS.COM May 02 2019 06:13:00      US Bank,    425 Walnut St.,    Cincinnati, Ohio 45202
27800817       EDI: WFNNB.COM May 02 2019 06:13:00      Venus/Comenity,    Bankruptcy Dept.,    PO Box 182125,
                Columbus, Ohio 43218-2125
27800818       EDI: RMSC.COM May 02 2019 06:13:00      Wal-Mart/Synchrony,    Bankrutpcy Dept.,    PO Box 965064,
                Orlando, Florida 32896-5064
                                                                                              TOTAL: 20
```

```
District/off: 0752-3          User: vgossett              Page 2 of 2              Date Rcvd: May 01, 2019
                              Form ID: 309I               Total Noticed: 48
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
          Henry   Repay    on behalf of Debtor 1 John A. Willard Henry@RepayLaw.com,  Office@RepayLaw.com
          Henry   Repay    on behalf of Debtor 2 Christine D. Willard Henry@RepayLaw.com,  Office@RepayLaw.com
          Lydia   Meyer    ecf@lsm13trustee.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                           TOTAL: 4
```